AUSA

FILED
JAN 28 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8072

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | Magistrate Case No.: |
| v. | COMPLAINT FOR VIOLATION OF |
| Victor NAVA-Alcaraz | 21 U.S.C. § 952 and 960 Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

On or about January 26, 2008, within the Southern District of California, defendant Victor NAVA-Alcaraz did knowingly and intentionally import approximately 52.90 kilograms (116.38 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Donald E. Webster
Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO, BEFORE ME, AND SUBSCRIBED IN MY PRESENCE THIS 28th DAY OF January, 2008.

Peter C. Lewis
U.S. MAGISTRATE JUDGE

**UNITED STATES OF AMERICA**

**v.**

**Victor NAVA-Alcaraz**

## STATEMENT OF FACTS

This complaint is based upon the personal observations, investigation and information provided to U.S. Immigration and Customs Enforcement Special Agent Don E. Webster.

On January 26, 2008, at approximately 1512 hours, Victor NAVA-Alcaraz entered the United States from Mexico at the Calexico, California East Port of Entry. NAVA was the driver and sole occupant of a 1991 Acura Integra bearing US/CA license plates 5UBW506. United States Customs and Border Protection Officer Bosquet took a negative Customs declaration from NAVA. NAVA claimed he was a United States citizen and presented a California identification card. Officer Bosquet asked NAVA who owned the vehicle he was driving and NAVA replied it belonged to his girlfriend and that he had borrowed it two days earlier. Officer Bosquet asked NAVA if he left his girlfriend stranded and NAVA did not respond.

Officer Bosquet inspected the glove box and found it to be empty, he checked the rest of the vehicle and noted the gas tank appeared tampered with. He hit the tank and noted it was unusually solid. Officer Bosquet decided to walk NAVA and the vehicle into secondary for further inspection.

In secondary Inspection, Officer A. Garcia utilized his K-9 “Toos” in a search of the vehicle driven by NAVA. K-9 Toos alerted to the trunk and rear seat area of the vehicle. Officer Bosquet inspected the area and located a non-factory compartment within the dashboard and another one located between the gas tank and the floor

beneath the backseat. A total of 28 packages weighing a combined total of 52.90 kilos were discovered in these compartments. Officer Bosquet field tested one of the packages and it tested positive for marijuana.

Special Agents (S/A) Don Webster and Chris Miller interviewed NAVA. S/A Webster read NAVA his constitutional rights per Miranda, in Spanish, with S/A Miller present. NAVA orally waived his rights, as well as signing the written waiver of rights, agreeing to make a statement.

NAVA admitted knowledge of controlled substances within the Acura. NAVA stated that he was to be paid $1000.00 U.S. to drive the controlled substance laden vehicle across the International Border and park it at a gas station.