FILED

FEB 21 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, Plaintiff, v. VICTOR NAVA-ALCARAZ, Defendant.

Criminal Case No. 08CR 0502-JLS

I N F O R M A T I O N

Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony)

The United States Attorney charges:

On or about January 26, 2008, within the Southern District of California, defendant VICTOR NAVA-ALCARAZ, did knowingly and intentionally import approximately 47.61 kilograms (104.72 pounds) (net weight) of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: February 21, 2008.

KAREN P. HEWITT
United States Attorney

DOUGLAS KEEHN
Assistant U.S. Attorney

WDK:psd:Imperial
2/20/08