AO 455(Rev. 5/85) Waiver of Indictment

FILED
FEB 2 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

VICTOR NAVA-ALCARAZ

**WAIVER OF INDICTMENT**

CASE NUMBER: ~~08CR08072-PCL~~ 08CR0502-JLS

I, VICTOR NAVA-ALCARAZ, the above named defendant, who is accused of committing the following offense:

Importation of Marijuana, in violation of Title 21, United States Code, Sections 952 and 960 (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 02/07/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Victor Nava

Victor Nava.
Defendant

[signature]
Counsel for Defendant

Before [signature]
JUDICIAL OFFICER